THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RANDALL W DREW,

    Plaintiff,

v.                                                                  CASE NO. 1:12-cv-09-MP-GRJ

ROBERT J RIVERA et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Defendants' motions to dismiss (Docs. 7, 10, 17) were previously granted by the Court on September 17, 2012, with leave to amend as to Defendants Rivera and Carey. Plaintiff has taken no action in furtherance of his case since that time. On February 5, 2013, the Court entered an order directing Plaintiff to show cause why the case should not be dismissed. (Doc. 22.) Plaintiff was advised that failure to comply would result in a recommendation that this case be dismissed. As of the date of this Report and Recommendation, Plaintiff has failed to respond to the show cause order, has failed to file an amended complaint and otherwise has not filed any papers in this case since August 24, 2012.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to comply with an order of the Court and for failure to prosecute.

**IN CHAMBERS**, at Gainesville, Florida, this 22nd day of February 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.